

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

In the Matter of the Search of: )
)
)
) Case No. 3:14MCI38
Mecklenburg County Sheriff's Office, )
Jail Central, POD 6900, Cell 29 )
) Order To Seal
)
)
)

3:15mj25

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 21st day of January, 2015.

_____
David S. Cayer
United States Magistrate Judge